# EXHIBIT A



**CT Corporation**
**Service of Process Notification**
05/17/2023
CT Log Number 543875932

## Service of Process Transmittal Summary

**TO:**   Registered Agent Department
Business Filings Incorporated (Recipient Account Only)
8020 Excelsior Dr Ste 200
Madison, WI 53717-1998

**RE:**   **Process Served in California**

**FOR:**   Better Holdco, Inc.  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: Stacey Waller Barnes // To: Better Holdco, Inc. |
| **CASE #:** | C2301076 |
| **NATURE OF ACTION:** | Employee Litigation - Wrongful Termination |
| **PROCESS SERVED ON:** | Business Filings Incorporated, Sacramento, CA |
| **DATE/METHOD OF SERVICE:** | By Process Server on 05/17/2023 at 13:00 |
| **JURISDICTION SERVED:** | California |
| **ACTION ITEMS:** | CT will retain the current log |
| | Image SOP |
| | Email Notification,  Registered Agent Department  ctsop@bizfilings.com |
| **REGISTERED AGENT CONTACT:** | Business Filings Incorporated |
| | 555 Capitol Mall |
| | Suite 1000 |
| | Sacramento, CA 95814 |
| | 844-832-8351 |
| | CTService@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:**                          Wed, May 17, 2023
**Server Name:**                   Jimmy Lizama

| Entity Served | BETTER HOLDCO, INC DBA BETTER.COM |
|---|---|
| Case Number | C23-01076 |
| Jurisdiction | CA |

| Inserts | | |
|---|---|---|
| | | |



Electronically Filed Superior Court of CA County of Contra Costa 5/5/2023 12:59 PM By: ___ Jacobsen-Rios, Deputy

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY<br>
(SOLO PARA USO DE LA CORTE)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

Better Holdco, Inc. DBA Better.com; Vishal Garg; and Does 1 to 100.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Stacey Waller Barnes

---

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

---

The name and address of the court is:
*(El nombre y dirección de la corte es):* Wakefield Taylor Courthouse

725 Court Street, Martinez, CA 94553

| CASE NUMBER: |
|---|
| *(Número del Caso):* C23-01076 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Richard L. Richardson SBN:250676; Siegal & Richardson LLP; 436 14th St., Suite 1106 Oakland, CA 94612 (510.271.6723)

DATE: 5/5/2023 12:59 PM        Clerk, by   /s/ T. Jacobsen-Rios              , Deputy
*(Fecha)*                      *(Secretario)*                                *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*



[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

   Better Holdco, Inc. DBA Better.com
3. ☒ on behalf of *(specify):*

   under: ☒ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412 20, 465<br>www.courts.ca.gov |
|---|---|---|

For your protection and privacy, please press the Clear.

**PLD-PI-001**

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*<br>Richard L. Richardson SBn: 250676<br>Siegal & Richardson LLP<br>436 14th Street, Suite 1106<br>Oakland, California 94612<br>TELEPHONE NO: 510.271.6723    FAX NO. *(Optional):* 510.500.9512<br>E-MAIL ADDRESS *(Optional):* richard@rrichardsonlaw.com<br>ATTORNEY FOR *(Name):* Plaintiff | **FOR COURT USE ONLY** |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF Contra Contra**
STREET ADDRESS: 725 Court Street
MAILING ADDRESS:
CITY AND ZIP CODE: Martinez California 94553
BRANCH NAME: Wakfield Tavlor Courthouse

Per local Rule, This case is assigned to Judge Maier, Clare, for all purposes.

PLAINTIFF: Stacey Waller Barnes
DEFENDANT: Better Holdco, Inc. DBA Better.com; Vishal Garg; and
[ x ] DOES 1 TO 100.

**SUMMONS ISSUED**

| | |
|---|---|
| **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**<br>[ ] **AMENDED** *(Number):*<br>**Type** *(check all that apply):*<br>[ ] **MOTOR VEHICLE**  [ x ] **OTHER** *(specify):* Wrongful Termination<br>   [ ] **Property Damage**  [ ] **Wrongful Death**<br>   [ ] **Personal Injury**  [ ] **Other Damages** *(specify):* | CASE NUMBER:<br>C23-01076 |

| **Jurisdiction** *(check all that apply):* |
|---|
| [ ] **ACTION IS A LIMITED CIVIL CASE**<br>  Amount demanded  [ ] does not exceed $10,000<br>                 [ ] exceeds $10,000, but does not exceed $25,000<br>[ x ] **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)**<br>[ ] **ACTION IS RECLASSIFIED** by this amended complaint<br>   [ ] **from limited to unlimited**<br>   [ ] **from unlimited to limited** |

1. **Plaintiff** *(name or names):* Stacey Waller Barnes
   alleges causes of action against **defendant** *(name or names):*
   Better Holdco, Inc. DBA Better.com; Vishal Garg; and Does 1 to 100.
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
   a. [ ] **except plaintiff** *(name):*
       (1) [ ] a corporation qualified to do business in California
       (2) [ ] an unincorporated entity *(describe):*
       (3) [ ] a public entity *(describe):*
       (4) [ ] a minor  [ ] an adult
           (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
           (b) [ ] other *(specify):*
       (5) [ ] other *(specify):*
   b. [ ] **except plaintiff** *(name):*
       (1) [ ] a corporation qualified to do business in California
       (2) [ ] an unincorporated entity *(describe):*
       (3) [ ] a public entity *(describe):*
       (4) [ ] a minor  [ ] an adult
           (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
           (b) [ ] other *(specify):*
       (5) [ ] other *(specify):*
   [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courts.ca.gov

PLD-PI-001

| SHORT TITLE:<br>Barnes v. Better Holdco, Inc. et al. | CASE NUMBER: |
| --- | --- |

4. ☐ Plaintiff *(name):*
   is doing business under the fictitious name *(specify):*

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ **except** defendant *(name):* Better Holdco, Inc.
      (1) ☐ a business organization, form unknown
      (2) ☒ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   c. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   b. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   d. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants *(specify Doe numbers):* 1 to 100 _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants *(specify Doe numbers):* 1 to 100 _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. ☒ at least one defendant now resides in its jurisdictional area.
   b. ☒ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify):*

9. ☒ Plaintiff is required to comply with a claims statute, **and**
   a. ☒ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because *(specify):*

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

PLD-PI-001

| SHORT TITLE: *walkker barnes v. B# et al.* | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*

  a. ☐ Motor Vehicle
  b. ☐ General Negligence
  c. ☒ Intentional Tort
  d. ☐ Products Liability
  e. ☐ Premises Liability
  f. ☐ Other *(specify):*
      Wrongful Termination; Termination in Violation of Public Policy; Discrimination; Failure to Prevent Discrimination; NIED; IIED; B&P 17200;

11. Plaintiff has suffered
  a. ☒ wage loss
  b. ☐ loss of use of property
  c. ☐ hospital and medical expenses
  d. ☒ general damage
  e. ☐ property damage
  f. ☒ loss of earning capacity
  g. ☒ other damage *(specify):*
      damaged professional reputation; loss business opportunities;

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
  a. ☐ listed in Attachment 12.
  b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
  a. (1) ☒ compensatory damages
     (2) ☒ punitive damages
    The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
    (1) ☒ according to proof
    (2) ☐ in the amount of:  $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: 5/5/2023

Richard L. Richardson
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

For your protection and privacy, please press the Clear This Form button after you have printed the form.
| Print this form | Save this form | | Clear this form |

PLD-PI-001(3)

| SHORT TITLE:<br>Waller Barnes v. Better Holdings, Inc. et al. | CASE NUMBER |
|---|---|

1 _____  **CAUSE OF ACTION—Intentional Tort**   Page _4_
   (number)

ATTACHMENT TO   [ x ] Complaint   [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1. Plaintiff *(name):* Stacey Waller Barnes

     alleges that defendant *(name):* Better Holding, Inc.; and Vishal Garg; and

     [ x ] Does  1 _____ to  100. _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff

on *(date):* 12/2/2021

at *(place):* 2010 Crow Canyon Pl. San Ramon, CA

*(description of reasons for liability):*
WRONGFUL TERMINATION IN VIOLATION OF PUBLIC POLICY

On or about 2021, Plaintiff was employed as a mortgage underwriter and quality control manager for Defendant Better Holding, Inc. doing business as Better.com mortgages.  Plaintiff has an impressive upstanding reputation in her field. Defendant Vishal Garg was the chief operating officer managing and operating Better.com.  From approximately 8/11/2021 to 10/11/2021, Plaintiff was out from work suffering from a documented disability due to contracting a near fatal case of covid.  Plaintiff returned to work on 10/11/2021.  Defendants failed to accomodate Plaintiff's known disability.  On or about December 2, 2021, acting with full knowledge of Plaintiff's disability, Defendant BH terminated Plaintiff from her job.  Even worse, Defendant Garg released a video statement claiming that Plaintiff and others terminated at the same time were lazy, refused to work, and fraudulently stole from the company.  These statements were false.  In fact, Plaintiff's disability was the substantial motivating reason for Defendant terminating her employment. Plaintiff was harmed in that she loss career oppunities, job offers, income, and suffered emotional distress and a damaged professional reputation in an amount to be proven at trial.

Plaintiff has complied with all claims statutes and has received a right to sue letter from the Department of Fair Employment and housing.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(3) [Rev. January 1, 2007]
**CAUSE OF ACTION—Intentional Tort**
Code of Civil Procedure, § 425.12
www.courts.ca.gov

For your protection and privacy, please press the Clear. This Form button after you have printed the form.   [ Print this form ]  [ Save this form ]

PLD-PI-001(3)

| SHORT TITLE: | CASE NUMBER |
|---|---|
| Waller Barnes v. Better Holdings, Inc. et al. | |

2 _____  **CAUSE OF ACTION—Intentional Tort**  Page _5_
     (number)

ATTACHMENT TO  [ *] Complaint  [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1. Plaintiff *(name):* Stacey Waller Barnes

alleges that defendant *(name):* Better Holding, Inc.; and Vishal Garg; and

[ * ] Does 1 _____ to _100,_____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff

on *(date):* 12/2/2021

at *(place):* 2010 Crow Canyon Pl. San Ramon, CA

*(description of reasons for liability):*
DISCRIMINATION IN VIOLATION OF CAL GOV'T CODE SEC. 12940(a) et seq.

On or about 2021, Plaintiff was employed as a mortgage underwriter and quality control manager for Defendant Better Holding, Inc. doing business as Better.com mortgages.  Plaintiff has an impressive upstanding reputation in her field.  Defendant Vishal Garg was the chief operating officer managing and operating Better.com.  From approximately 8/11/2021 to 10/11/2021, Plaintiff was out from work suffering from a documented disability due to contracting a near fatal case of covid.  Plaintiff returned to work on 10/11/2021.  Defendants failed to accomodate Plaintiff's known disability.  On or about December 2, 2021, acting with full knowledge of Plaintiff's disability, Defendant BH terminated Plaintiff from her job.  Even worse, Defendant Garg released a video statement claiming that Plaintiff and others terminated at the same time were lazy, refused to work, and fraudulently stole from the company.  These statements were false.  In fact, Plaintiff's disability was the substantial motivating reason for Defendant terminating her employment and making these false statements against her.  Defendant BH and Defendant Garg acted with willful intent to discriminate against Plaintiff based upon her disability.  Further, Planitiff was harmed in that she loss career oppunities, job offers, income, and suffered emotional distress and a damaged professional reputation in an amount to be proven at trial.

Plaintiff has complied with all claims statutes and has received a right to sue letter from the Department of Fair Employment and housing.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(3) [Rev. January 1, 2007]
**CAUSE OF ACTION—Intentional Tort**
Code of Civil Procedure, § 425.12
www.courts.ca.gov

For your protection and privacy, please press the Clear This Form button after you have printed the form.

[ Print this form ]  [ Save this form ]

PLD-PI-001(3)

| SHORT TITLE:<br>Waller Barnes v. Better Holdings, Inc. et al. | CASE NUMBER |
| --- | --- |

_3_<br>(number)       **CAUSE OF ACTION—Intentional Tort**       Page _6_

ATTACHMENT TO      [ x ] Complaint      [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1.  Plaintiff *(name):* Stacey Waller Barnes

alleges that defendant *(name):* Better Holding, Inc.; and Vishal Garg; and

[ x ] Does 1_____ to _100._____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff

on *(date):* 12/2/2021

at *(place):* 2010 Crow Canyon Pl. San Ramon, CA

*(description of reasons for liability):*
FAILURE TO PREVENT DISCRIMINATION [CAL GOV'T CODE SEC. 12940(k) et seq.]

On or about 2021, Plaintiff was employed as a mortgage underwriter and quality control manager for Defendant Better Holding, Inc. doing business as Better.com mortgages.  Plaintiff has an impressive upstanding reputation in her field. Defendant Vishal Garg was the chief operating officer managing and operating Better.com.  From approximately 8/11/2021 to 10/11/2021, Plaintiff was out from work suffering from a documented disability due to contracting a near fatal case of covid.  Plaintiff returned to work on 10/11/2021.  Defendants failed to accomodate Plaintiff's known disability.  On or about December 2, 2021, acting with full knowledge of Plaintiff's disability, Defendant BH terminated Plaintiff from her job.  Even worse, Defendant Garg released a video statement claiming that Plaintiff and others terminated at the same time were lazy, refused to work, and fraudulently stole from the company.  These statements were false.  In fact, Plaintiff's disability was the substantial motivating reason for Defendant terminating her employment, taking no steps to accomodate her, and making these false statements against her.  Defendant BH and Defendant Garg acted with willful intent to discriminate against Plaintiff based upon her disability.  Further, Plaintiff was harmed in that she loss career oppunities, job offers, income, and suffered emotional distress and a damaged professional reputation in an amount to be proven at trial.

Additionally, Defendant BH knew and/or should have known that its CEO Garg was incompetent and/or unfit for his job and unable to prevent discrimination against Plaintiff and/or persons similarly situated.  Nonetheless, Defendant BH failed to take active steps to prevent Defendant Garg and others from discriminating against Plaintiff.

Plaintiff has complied with all claims statutes and has received a right to sue letter from the Department of Fair Employment and housing.

Form Approved for Optional Use<br>Judicial Council of California<br>PLD-PI-001(3) [Rev. January 1, 2007]       **CAUSE OF ACTION—Intentional Tort**       Code of Civil Procedure, § 425.12<br>www.courts.ca.gov

For your protection and privacy, please press the Clear This Form button after you have printed the form.      [ Print this form ]      [ Save this form ]

PLD-PI-001(3)

| SHORT TITLE: | CASE NUMBER |
|---|---|
| Waller Barnes v. Better Holdings, Inc. et al. | |

4 _____    **CAUSE OF ACTION—Intentional Tort**    Page _7_
____(number)____

ATTACHMENT TO   [ **x** ] Complaint    [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1. Plaintiff *(name):* Stacey Waller Barnes

alleges that defendant *(name):* Better Holding, Inc.; and Vishal Garg; and

[ **x** ] Does _1_____ to _100._____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff

on *(date):* 12/2/2021

at *(place):* 2010 Crow Canyon Pl. San Ramon, CA

*(description of reasons for liability):*
NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

On or about 2021, Plaintiff was employed as a mortgage underwriter and quality control manager for Defendant Better Holding, Inc. doing business as Better.com mortgages.  As such, Defendant owed Plaintiff a duty to not injure her professional reputation or future business opportunities without cause.  Plaintiff has an impressive upstanding reputation in her field.  Defendant Vishal Garg was the chief operating officer managing and operating Better.com.  From approximately 8/11/2021 to 10/11/2021, Plaintiff was out from work suffering from a documented disability due to contracting a near fatal case of covid.  Plaintiff returned to work on 10/11/2021.  Defendants failed to accomodate Plaintiff's known disability.  On or about December 2, 2021, acting with full knowledge of Plaintiff's disability, Defendant BH terminated Plaintiff from her job.  Even worse, Defendant Garg negligently released a video statement claiming that Plaintiff and others terminated at the same time were lazy, refused to work, and fraudulently stole from the company.  These statements were false.  In fact, Plaintiff's disability was the substantial motivating reason for Defendant terminating her employment, taking no steps to accomodate her, and making these false statements against her.  Defendant BH and Defendant Garg acted with willful intent to discriminate against Plaintiff based upon her disability.  Further, Planitiff was harmed in that she loss career oppunities, job offers, income, and suffered emotional distress and a damaged professional reputation in an amount to be proven at trial.

Additionally, Defendant BH knew and/or should have known that its CEO Garg was incompetent and/or unfit for his job and unable to prevent discrimination against Plaintiff and/or persons similarly situated.  Nonetheless, Defendant BH failed to take active steps to prevent Defendant Garg and others from discriminating against Plaintiff and injuring her reputation.

Plaintiff has complied with all claims statutes and has received a right to sue letter from the Department of Fair Employment and housing.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(3) [Rev. January 1, 2007]

**CAUSE OF ACTION—Intentional Tort**

Code of Civil Procedure, § 425.12
www.courts.ca.gov

For your protection and privacy, please press the Clear
This Form button after you have printed the form.    [ Print this form ]    [ Save this form ]

PLD-PI-001(3)

| SHORT TITLE:<br>Waller Barnes v. Better Holdings, Inc. et al. | CASE NUMBER |
|---|---|

| 4 | **CAUSE OF ACTION—Intentional Tort** | Page | 8 |
|---|---|---|---|
| (number) | | | |

ATTACHMENT TO   [ **✕** ] Complaint   [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1. Plaintiff *(name):* Stacey Waller Barnes

    alleges that defendant *(name):* Better Holding, Inc.; and Vishal Garg; and

    [ **✕** ] Does 1 _____ to 100. _____

    was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff

    on *(date):* 12/2/2021

    at *(place):* 2010 Crow Canyon Pl. San Ramon, CA

    *(description of reasons for liability):*
    UNFAIR BUSINESS PRACTICE [B&P sec. 17200]

On or about 2021, Plaintiff was employed as a mortgage underwriter and quality control manager for Defendant Better Holding, Inc. doing business as Better.com mortgages. As such, Defendant owed Plaintiff a duty to not injure her professional reputation or future business opportunities without cause or with false statements. Plaintiff has an impressive upstanding reputation in her field. Defendant Vishal Garg was the chief operating officer managing and operating Better.com. From approximately 8/11/2021 to 10/11/2021, Plaintiff was out from work suffering from a documented disability due to contracting a near fatal case of covid. Plaintiff returned to work on 10/11/2021. Defendants failed to accomodate Plaintiff's known disability. On or about December 2, 2021, acting with full knowledge of Plaintiff's disability, Defendant BH terminated Plaintiff from her job. Even worse, Defendant Garg negligently released a video statement claiming that Plaintiff and others terminated at the same time were lazy, refused to work, and fraudulently stole from the company. These statements were false. In fact, Plaintiff's disability was the substantial motivating reason for Defendant terminating her employment, taking no steps to accomodate her, and making these false statements against her. Defendant BH and Defendant Garg acted with willful intent to discriminate against Plaintiff based upon her disability and retaliate against her for asserting her lawful disability rights. Further, Planitiff was harmed in that she loss career oppunities, job offers, income, and suffered emotional distress and a damaged professional reputation in an amount to be proven at trial.

Additionally, Defendant BH knew and/or should have known that its CEO Garg was incompetent and/or unfit for his job and unable to prevent discrimination against Plaintiff and/or persons similarly situated. Nonetheless, Defendant BH failed to take active steps to prevent Defendant Garg and others from discriminating against Plaintiff and injuring her reputation.

Plaintiff has complied with all claims statutes and has received a right to sue letter from the Department of Fair Employment and housing.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(3) [Rev. January 1, 2007]

**CAUSE OF ACTION—Intentional Tort**

Code of Civil Procedure, § 425.12
www.courts.ca.gov

For your protection and privacy, please press the Clear
This Form button after you have printed the form.   [ Print this form ]   [ Save this form ]

PLD-PI-001(6)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Waller Barnes v. BH, Inc. et al. | |

## Exemplary Damages Attachment

Page ___9___

ATTACHMENT TO   [✔] Complaint   [ ] Cross - Complaint

EX-1. As additional damages against defendant *(name):*

Better Holdings, Inc.; Vishal Garg; and Does 1 to 100.

Plaintiff alleges defendant was guilty of

[✔] malice

[✔] fraud

[✔] oppression

as defined in Civil Code section 3294, and plaintiff should recover, in addition to actual damages, damages
to make an example of and to punish defendant.

EX-2. The facts supporting plaintiff's claim are as follows:

Plaintiff incorporates each and every previous allegation as alleged fully herein. Defendant Better
Holdings, Inc. and Defendant Garg, as its CEO, operated and ran Better.com. Defendants
employed Plaintiff. Defendants, each of them took active steps to discriminate against Plaintiff by
failing to accomodate her disability, terminating her for being out on disability, and making false
statements against Plaintiff in media online publications that Defendants knew and/or should have
known would become public. Defendants knew that the false statements about Plaintiff stealing
from the company, and refusing to work were untrue or misleading. Nonetheless, Defendant Garg
made such statements with the intent and/or reckless disregard for injuring the professional
reputation of Plaintiff and other similarly situated employees like Plaintiff. Defendants Better
Holdings knew Defendant Garg made false statements that were injurious to Plaintiff and took
actions to discriminate against Plaintiff. Nonetheless, Defendants adopted all said statements. The
conduct of each Defendant exceeds all lawful bounds of society. Thereby, Plaintiff seeks
exemplary damages.

EX-3. The amount of exemplary damages sought is

a. [✔] not shown, pursuant to Code of Civil Procedure section 425.10.

b. [ ] $

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(6) [Rev. January 1, 2007]

**Exemplary Damages Attachment**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

Electronically Filed Superior Court of CA, County of Contra Costa 5/5/2023 12:42:14 PM; Clerk of Court, By: K. Morris, Deputy

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Richard L. Richardson  SBN: 250676  Siegal & Richardson LLP  436 14th St., Suite 1106  Oakland, California 94612 | |

TELEPHONE NO.: 510.271.6723    FAX NO.: 510.500.9512

ATTORNEY FOR *(Name):* Plaintiff

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Contra Costa
STREET ADDRESS: 725 Court Street
MAILING ADDRESS:
CITY AND ZIP CODE: Martinez, CA 94553
BRANCH NAME: Wakefield Taylor Courthouse

CASE NAME:
Stacey Waller Barnes v. Better Holdco, Inc. et al.

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: C23-01076 |
|---|---|---|---|---|
| ✔ Unlimited (Amount demanded exceeds $25,000) | ☐ Limited (Amount demanded is $25,000 or less) | ☐ Counter  ☐ Joinder  Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | | JUDGE: |
| | | | | DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)

**Employment**
✔ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)

**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is  ✔ is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. ✔ monetary  b. ☐ nonmonetary; declaratory or injunctive relief  c. ✔ punitive
4. Number of causes of action *(specify):*
5. This case ☐ is  ✔ is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: 5/5/2023

Richard L. Richardson
_____
(TYPE OR PRINT NAME)                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

| Form Adopted for Mandatory Use  Judicial Council of California  CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;  Cal. Standards of Judicial Administration, std. 3.10  www.courtinfo.ca.gov |
|---|---|---|

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
  Auto (22)–Personal Injury/Property
    Damage/Wrongful Death
  Uninsured Motorist (46) *(if the*
    *case involves an uninsured*
    *motorist claim subject to*
    *arbitration, check this item*
    *instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
  Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/
      Wrongful Death
  Product Liability *(not asbestos or*
    *toxic/environmental)* (24)
  Medical Malpractice (45)
    Medical Malpractice–
      Physicians & Surgeons
    Other Professional Health Care
      Malpractice
  Other PI/PD/WD (23)
    Premises Liability (e.g., slip
      and fall)
    Intentional Bodily Injury/PD/WD
      (e.g., assault, vandalism)
    Intentional Infliction of
      Emotional Distress
    Negligent Infliction of
      Emotional Distress
    Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
  Business Tort/Unfair Business
    Practice (07)
  Civil Rights (e.g., discrimination,
    false arrest) *(not civil*
    *harassment)* (08)
  Defamation (e.g., slander, libel)
    (13)
  Fraud (16)
  Intellectual Property (19)
  Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice
      *(not medical or legal)*
  Other Non-PI/PD/WD Tort (35)

**Employment**
  Wrongful Termination (36)
  Other Employment (15)

**Contract**
  Breach of Contract/Warranty (06)
    Breach of Rental/Lease
      Contract *(not unlawful detainer*
      *or wrongful eviction)*
    Contract/Warranty Breach–Seller
      Plaintiff *(not fraud or negligence)*
    Negligent Breach of Contract/
      Warranty
    Other Breach of Contract/Warranty
  Collections (e.g., money owed, open
    book accounts) (09)
    Collection Case–Seller Plaintiff
    Other Promissory Note/Collections
      Case
  Insurance Coverage *(not provisionally*
    *complex)* (18)
    Auto Subrogation
    Other Coverage
  Other Contract (37)
    Contractual Fraud
    Other Contract Dispute

**Real Property**
  Eminent Domain/Inverse
    Condemnation (14)
  Wrongful Eviction (33)
  Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property *(not eminent*
      *domain, landlord/tenant, or*
      *foreclosure)*

**Unlawful Detainer**
  Commercial (31)
  Residential (32)
  Drugs (38) *(if the case involves illegal*
    *drugs, check this item; otherwise,*
    *report as Commercial or Residential)*

**Judicial Review**
  Asset Forfeiture (05)
  Petition Re: Arbitration Award (11)
  Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court
      Case Matter
    Writ–Other Limited Court Case
      Review
  Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor
      Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
  Antitrust/Trade Regulation (03)
  Construction Defect (10)
  Claims Involving Mass Tort (40)
  Securities Litigation (28)
  Environmental/Toxic Tort (30)
  Insurance Coverage Claims
    *(arising from provisionally complex*
    *case type listed above)* (41)

**Enforcement of Judgment**
  Enforcement of Judgment (20)
    Abstract of Judgment (Out of
      County)
    Confession of Judgment *(non-*
      *domestic relations)*
    Sister State Judgment
    Administrative Agency Award
      *(not unpaid taxes)*
    Petition/Certification of Entry of
      Judgment on Unpaid Taxes
    Other Enforcement of Judgment
      Case

**Miscellaneous Civil Complaint**
  RICO (27)
  Other Complaint *(not specified*
    *above)* (42)
    Declaratory Relief Only
    Injunctive Relief Only *(non-*
      *harassment)*
    Mechanics Lien
    Other Commercial Complaint
      Case *(non-tort/non-complex)*
    Other Civil Complaint
      *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
  Partnership and Corporate
    Governance (21)
  Other Petition *(not specified*
    *above)* (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult
      Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief From Late
      Claim
    Other Civil Petition

**CIVIL CASE COVER SHEET**

## Superior Court of California, Contra Costa County

CV - Martinez-Wakefield Taylor Courthouse
725 Court Street
Martinez CA 94553
925-608-1000
www.cc-courts.org



K. Bieker
Court Executive Officer

| CASE NAME: STACEY WALLER BARNES  VS. VISHAL GARG | CASE NUMBER: C23-01076 |
|---|---|

1.   NOTICE IS HEREBY GIVEN THAT A CASE MANAGEMENT CONFERENCE IS SET IN THE ABOVE ENTITLED CASE AND WILL BE HELD IN THIS COURT ON:

| HEARING DATE: 10/11/2023 | HEARING TIME: 8:30 AM | HEARING LOCATION: DEPARTMENT 36 725 COURT ST  RM 312  MARTINEZ, CA 94553 |
|---|---|---|

THIS FORM, A COPY OF THE NOTICE TO PLAINTIFFS, THE ADR INFORMATION SHEET, A BLANK CASE MANAGEMENT STATEMENT, AND A BLANK ADR CASE MANAGEMENT STIPULATION AND ORDER FORM ARE TO BE SERVED ON OPPOSING PARTIES.  ALL PARTIES SERVED WITH SUMMONS AND COMPLAINT/CROSS-COMPLAINT OR THEIR ATTORNEY OF RECORD MUST APPEAR.

2.   YOU MAY STIPULATE TO AN EARLIER CASE MANAGEMENT CONFERENCE. IF ALL PARTIES AGREE TO AN EARLY CASE MANAGEMENT CONFERENCE, PLEASE CONTACT THE COURT CLERK'S OFFICE AT (925)608-1000 FOR UNLIMITED CIVIL AND LIMITED CIVIL CASES FOR ASSIGNMENT OF AN EARLIER DATE.
3.   YOU MUST BE FAMILIAR WITH THE CASE AND BE FULLY PREPARED TO PARTICIPATE EFFECTIVELY IN THE CASE MANAGEMENT CONFERENCE AND TO DISCUSS THE SUITABILITY OF THIS CASE FOR THE EASE PROGRAM, PRIVATE MEDIATION, BINDING OR NON-BINDING ARBITRATION, AND/OR USE OF A SPECIAL MASTER.
4.   AT ANY CASE MANAGEMENT CONFERENCE THE COURT MAY MAKE PRETRIAL ORDERS INCLUDING THE FOLLOWING:
     a)   AN ORDER ESTABLISHING A DISCOVERY SCHEDULE
     b)   AN ORDER REFERRING THE CASE TO ARBITRATION
     c)   AN ORDER TRANSFERRING THE CASE TO LIMITED JURISDICTION
     d)   AN ORDER DISMISSING FICTITIOUS DEFENDANTS
     e)   AN ORDER SCHEDULING EXCHANGE OF EXPERT WITNESS INFORMATION
     f)   AN ORDER SETTING SUBSEQUENT CONFERENCE AND THE TRIAL DATE
     g)   AN ORDER CONSOLIDATING CASES
     h)   AN ORDER SEVERING TRIAL OF CROSS-COMPLAINTS OR BIFURCATING ISSUES
     i)   AN ORDER DETERMINING WHEN DEMURRERS AND MOTIONS WILL BE FILED

### SANCTIONS
IF YOU DO NOT FILE THE CASE MANAGEMENT STATEMENT OR ATTEND THE CASE MANAGEMENT CONFERENCE OR PARTICIPATE EFFECTIVELY IN THE CONFERENCE, THE COURT MAY IMPOSE SANCTIONS (INCLUDING DISMISSAL OF THE CASE AND PAYMENT OF MONEY).

### SUPERIOR COURT OF CALIFORNIA, CONTRA COSTA COUNTY
I DECLARE UNDER PENALTY OF PERJURY THAT I AM NOT A PARTY TO THE WITHIN ACTION OR PROCEEDING; THAT ON THE DATE BELOW INDICATED, I SERVED A COPY OF THE FOREGOING NOTICE BY DEPOSITING SAID COPY ENCLOSED IN A SEALED ENVELOPE WITH POSTAGE THEREON FULLY PREPAID IN THE UNITED STATES MAIL AT MARTINEZ, CALIFORNIA AS INDICATED ABOVE.

DATE:   5/10/2023                              BY: _____

T. JACOBSEN-RIOS, DEPUTY CLERK

## Superior Court of California, Contra Costa County

CV - Martinez-Wakefield Taylor Courthouse
725 Court Street
Martinez CA  94553
925-608-1000
www.cc-courts.org



K. Bieker
Court Executive Officer

NOTICE OF HEARING HAS BEEN PRINTED FOR THE FOLLOWING ATTORNEYS/FIRMS OR PARTIES FOR CASE NUMBER: C23-01076 ON 5/10/2023:

RICHARD L RICHARDSON
436 14TH ST
SUITE 1106
OAKLAND CA  94612