Richard L. Richardson, Bar No. 250676
E-mail: rlr.legal@gmail.com
SIEGAL & RICHARDSON LLP
436 14th Street, Suite 1106
Oakland, California 94612
Tel: 510.271.6723

Attorney for Plaintiff Stacey Waller Barnes

Molly Lee Kaban, Bar No.232477
E-mail: mkaban@hansonbridgett.com
Raymond Lynch, Bar No. 119065
E-mail: rlynch@hansonbridgett.com
Hanson Bridgett LLP
425 Market Street, 26th Floor
San Francisco, California 94105
Tel.: 415.995.5090

Michael J. Lufkin, Bar No. 30492
E-mail: mlufkin@lippes.com
Lippes Mathias LLP
10151 Deerwood Park Blvd.
Bldg. 300, Suite 300
Jacksonville, FL 32256
Tel.: 904.660.0020
*Appearance pro hac vice*

Attorneys for Defendant Better Holdco, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| STACEY WALLER BARNES, | Case No. 3:23-cv-02978-AMO |
| Plaintiff, | [Assigned to Hon. Araceli Martinez-Olguin] |
| vs. | **JOINT NOTICE OF SETTLEMENT** |
| BETTER HOLDCO, INC., | |
| Defendant. | |

///

1

Plaintiff Stacey Waller Barnes and Defendant Better Holdco, Inc. hereby advise the Court that the parties have reached a mediated agreement to settle all claims asserted in the above styled case. The parties will file a stipulation for dismissal of this action in its entirety with prejudice once a settlement agreement has been executed, which the parties reasonably expect to do no later than 30 days from the date hereof. Accordingly, the parties respectfully request that the Court vacate all currently set deadlines.

Respectfully submitted,

DATED: September 18, 2024        By: */s/ Richard L. Richardson*
                                                        RICHARD L. RICHARDSON
                                                        Siegal & Richardson LLP

                                                        Attorneys for Plaintiff Stacey Waller Barnes


DATED: September 18, 2024        By: */s/ Michael J. Lufkin*
                                                        MOLLY LEE KABAN
                                                        Hanson Bridgett LLP

                                                        MICHAEL J. LUFKIN
                                                        Lippes Mathias LLP
                                                        *Appearance pro hac vice*

                                                        Attorneys for Defendant Better Holdco, Inc.